IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TRACEY D. CIMORELLI,** Individually and d/b/a Tracey Cimorelli's Day Care, | : CIVIL ACTION NO. 4:16-CV-710 <br> : <br> : **(Chief Judge Conner)** |
| **Plaintiff** | : |
| v. | : |
| **TIOGA COUNTY, PENNSYLVANIA AND TIOGA COUNTY DEPARTMENT OF HUMAN SERVICES,** | : |
| **Defendants** | : |

## **ORDER**

AND NOW, this 10th day of February, 2017, upon consideration of the motion (Doc. 17) to dismiss filed by defendants, and the parties' respective briefs in support of and opposition to said motion (Docs. 18-20), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion (Doc. 17) to dismiss is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania