# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TRACEY D. CIMORELLI,** individually and d/b/a **TRACEY CIMORELLIA'S DAY CARE,** : : : : **Plaintiff** : : v. : : **TIOGA COUNTY, PENNSYLVANIA AND TIOGA COUNTY DEPARTMENT OF HUMAN SERVICES,** : : : : : **Defendants** : | **CIVIL ACTION NO. 4:16-CV-710** (Chief Judge Conner) |

## ORDER & JUDGMENT

AND NOW, this 1st day of May, 2018, upon consideration of the motion (Doc. 30) for summary judgment by defendants Tioga County, Pennsylvania, and Tioga County Department of Human Services, and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 30) for summary judgment is GRANTED.

2. Judgment is ENTERED in favor of defendants and against plaintiff on the sole count of plaintiff's complaint.

3. The Clerk of Court is DIRECTED to close this case.

           /S/ CHRISTOPHER C. CONNER
           Christopher C. Conner, Chief Judge
           United States District Court
           Middle District of Pennsylvania